United States District Court
Southern District of Texas
**ENTERED**
October 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MASOUD KHAN BEK, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-405 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Masoud Khan Bek and Respondents have jointly stipulated to voluntarily dismiss all claims asserted in this action with prejudice. (Stipulation of Dismissal, Doc. 17) The Stipulation dismisses Masoud Khan Bek's causes of action with prejudice without court order.

Except as agreed upon by the parties, each party will bear its own attorneys' fees and costs.

The Clerk of Court is directed to close this matter.

Signed on October 2, 2026.

Fernando Rodriguez, Jr.

Fernando Rodriguez, Jr.
United States District Judge